UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT COLEMAN,                    )  Case No. CV 08-4968-PA (PJW)
                                   )
                Plaintiff,         )
                                   )  J U D G M E N T
          v.                       )
                                   )
D. PALACIOS, et al.,               )
                                   )
                Defendants.        )
_____)

        Pursuant to the Order Dismissing Action, and for the reasons
contained therein,

        IT IS ADJUDGED that the action is dismissed.


        DATED:    June 23, 2009.


                                   _____
                                   PERCY ANDERSON
                                   UNITED STATES DISTRICT JUDGE


C:\Temp\notesFFF692\LA08CV04968PA-J.wpd